Ex parte SAMUEL A. ALLEN.

Where, upon petition for surplus money, an order of reference is made to a master, the master must make his report, and a final order of the court be made in the premises, before the money can be paid over.

A DECREE for foreclosure and sale of certain mortgaged premises, in the county of Salem, had been made in this court, by virtue of which the premises had been sold, and after satisfying the complainant's demand, there remained a surplus of the proceeds of the sale in the hands of the officer making the sale. Samuel A. Allen filed his petition, praying that the surplus, after the satisfaction of prior liens, should be paid to him. It appeared by the petition that he was a judgment creditor of the mortgagor, and the last incumbrancer upon the mortgaged premises.

[Ex parte Samuel A. Allen.]

*R. P. Thompson,* on behalf of the petitioner, now applied to the court for an order of reference to a master, to ascertain the amount of the surplus and the rights of the petitioner. He also asked for an order, directing the master (in whose hands the money was deposited by consent) to pay over the surplus money to the petitioner, in case it should appear that he was entitled to receive it, without the further order of the court.

THE CHANCELLOR. It is necessary that the master should report to this court, in order that all parties interested may have an opportunity to file exceptions. The final action of this court must be had in the premises, before the money can be paid over. Let the order of reference be made in the usual form.

Order accordingly.